IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00054-LTB-01

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.      GEORGE AUTOBEE,

       Defendant.

---

## ORDER TO DESTROY EVIDENCE

---

The Court having considered the Motion from the Government to destroy the evidence (D45 - filed January 25, 2006), hereby grants such motion.

IT IS ORDERED that the following items be destroyed:

1. Ruger P95DC, 9mm handgun
   Serial Number 314-15039

2. Smith & Wesson, .22 long rifle handgun
   Model 2214
   Serial Number UAL0781

3. Davis Industries, .38 Special handgun
   Model D38
   Serial Number D101362

                                          BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Chief Judge

DATED: January 26, 2006